FILED: February 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1622
(8:15-cv-03100-GJH)

_____

YVONNE R. ALSTON

    Plaintiff - Appellant

v.

TRANSUNION, LLC

    Defendant - Appellee

and

BRANCH BANKING & TRUST COMPANY; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SERVICES, LLC; MIDLAND CREDIT MANAGEMENT INCORPORATED

    Defendants

_____

M A N D A T E

_____

The judgment of this court, entered 01/10/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*